IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIV NO 12-00387 ACK-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| 2004 WHITE NISSAN TITAN SE BEARING HAWAII LICENSE PLATE NUMBER RRU 223 AND VEHICLE IDENTIFICATION NUMBER 1N6AA07A94N525550 , | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 07, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant Plaintiff's Ex Parte Motion For Entry of Default Judgment And Decree Of Forfeiture" (ECF No. 15) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, February 28, 2013.



_____
Alan C. Kay
Sr. United States District Judge

U.S. v. 2004 White Nissan Titan SE Bearing Hawaii License Plate Number RRU 223 and Vehicle Identification Number 1N6AA07A94N525550, Civ. No. 12-00387 ACK-KSC: Order Adopting Magistrate Judge's Findings and Recommendation.